## FOLLIS v. STATE.

(Court of Criminal Appeals of Texas. Oct. 30, 1912.)

CRIMINAL LAW (§ 1090*)—APPEAL—PRESENTATION OF GROUNDS OF REVIEW.

There is nothing open for review on appeal in a criminal case, where the indictment charges an offense, and the record contains no statement of facts or bills of exception.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from Erath County Court; J. B. Keith, Judge.

Warren Follis was convicted of crime, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted and convicted of the offense of playing "craps."

In the record before us there is neither a statement of facts nor bills of exception. The indictment charging an offense, the record being in this condition, there is nothing we can review.

The judgment is affirmed.